FILED IN OPEN COURT
ON ___11-21-11___
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Case No.: 5:11-CR-229-F |
| | ) | |
| DAVID GERALD LEWIS | ) | ORDER |

**IT IS HEREBY ORDERED** that the following government exhibits admitted into

evidence on November 15, 16, 17 and 18, 2011, be turned over to Special Agent Kelly Page,

North Carolina State Bureau of Investigation, to be transported to the Evidence Technician at the

Johnston County Sheriff's Office in Smithfield, NC to be retained in his/her custody until this

case is completed, including any matters on appeal:

GOVERNMENT EXHIBIT NO.:                    DESCRIPTION

159                    plastic container, tubing, Cloth, white powder

This _21st_ day of November, 2011.


                    _James C Fox_
                    JAMES C. FOX
                    UNITED STATES DISTRICT JUDGE

RECEIVED BY AGENT: _Kelly W. Page_
                    (Signature)

DATE: _11-21-11_