FILED IN OPEN COURT

Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

11-2-11

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 5:11-CR-229-F** |
| | ) | |
| **DAVID GERALD LEWIS** | ) | **ORDER** |

**IT IS HEREBY ORDERED** that the following government exhibits admitted into

evidence on November 15, 16, 17 and 18, 2011, be turned over to Special Agent Kelly Page,

North Carolina State Bureau of Investigation, to be transported to the Evidence Technician at the

Wilson County Sheriff's Office in Wilson, NC to be retained in his/her custody until this case is

completed, including any matters on appeal:

GOVERNMENT EXHIBIT NO.:                    DESCRIPTION

| | |
|---|---|
| 132 | gray tube + tweezers |
| 133 | filter with white residue |
| 134 | plastic bag and white powder |
| 139 | pen tube |
| 140 | plastic container with glass vial |
| 141 | plastic bags + white residue |
| 142 | Pokemon bag and tablets |
| 138 | Evidence envelope |

_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____

This __21st__ day of November, 2011.


_____
JAMES C. FOX
UNITED STATES DISTRICT JUDGE

RECEIVED BY AGENT: _____
                              (Signature)

DATE: _____11-21-11_____