IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 5:11 CR 229-11-F |
| | ) | |
| | ) | ORDER |
| STEPHANIE ANNE SMITH, | ) | |
| Defendant | ) | |

Upon motion of the defendant, for good cause shown, her Sentencing Memorandum filed February 8, 2012, shall be placed under seal.

IT IS SO ORDERED.

_____
Senior United States District Judge